E-FILED
Friday, 12 May, 2006 08:49:11 AM
Clerk, U.S. District Court, ILCD

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| JAMES WALTERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 05-1255 |
| ) | |
| DHL EXPRESS, ) | |
| ) | |
| Defendant. ) | |

### ORDER

Before the Court is Magistrate Judge Cudmore's Report and Recommendation [Doc. # 9], which addresses Defendant's Motion to Dismiss [Doc. # 4]. The parties have not filed any objections within the ten (10) days allotted by 28 U.S.C. § 636(b)(1). Failure to object constitutes a waiver of any objections. See Johnson v. Zema Sys. Corp., 170 F.3d 734, 739 (7th Cir. 1999); Video Views Inc. v. Studio 21 Ltd., 797 F.2d 538 (7th Cir. 1986). Accordingly, the Court ADOPTS the Report and Recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that Defendant's Motion to Dismiss [Doc. # 4] is GRANTED IN PART and DENIED IN PART. Defendant's motion is denied as to Count I of the Complaint, but is granted to the extent it seeks dismissal of Plaintiff's claim for damages for an increased risk of future identity theft in Count II.

Entered this   12th   day of May, 2006.


                              s/ Joe B. McDade
                            JOE BILLY McDADE
                       United States District Judge