**E-FILED**
Friday, 18 May, 2007  10:09:19 AM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### PEORIA DIVISION

| | | |
|---|---|---|
| JAMES WALTERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 05-cv-1255 |
| | ) | |
| DHL EXPRESS, | ) | |
| | ) | |
| Defendant. | ) | |

## O R D E R

This case has been reported settled by the parties.  The parties are hereby directed to file with the court, within thirty-five (35) days of the date of this order, a stipulation of dismissal or other appropriate pleading.

All timetables and scheduled hearings in this case are cancelled until further notice.


Entered this  18th  day of May, 2007


                    s/ Joe B. McDade
                    JOE BILLY McDADE
                United States District Judge